FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2026

SEAN F. MCAVOY, CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOE MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>TRAVIS ARRINDEL, HANNAH COHEN, KEVIN C. MCCLANAHAN, and MADALINA DANESCU,<br><br>    Defendants. | No.  2:26-cv-00148-SAB<br><br><br>**ORDER OF DISMISSAL** |

On April 1, 2026, the Court granted leave to Plaintiff to file an amended complaint, but no action has been taken.

Accordingly, **IT IS HEREBY ORDERED**:

1.    The above-captioned case is **DISMISSED with prejudice** and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to Plaintiff, and **close** the file.

**DATED** this 14th day of May 2026.

_____
Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL # 1**